ELLA GROSS, as Executrix, etc., of PAUL GROSS, Deceased, Appellant, v. ELLA GRAY DISCALA, Respondent.— Judgment reversed and a new trial ordered, with costs to the appellant to abide the event, on the ground that there was a question of fact which should have been submitted to the jury. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

FIDELITY AND DEPOSIT COMPANY OF MARYLAND, Appellant, v. FRED B. BUTT, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

MILTON C. WILSON, Appellant, and HELEN K. WILSON, Plaintiff, v. WILLIAM A. ROWAN, JR., and Another, Respondents.— Judgment so far as appealed from affirmed, with costs. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.; Glennon, J., dissents and votes for reversal and a new trial.

CAROLYN BENEDICT and Others, Appellants, v. LOUIS H. SEAGRAVE and Others, Defendants, Impleaded with INSURANCE EQUITIES CORPORATION, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. EUGENE FRENI, Appellant, Impleaded with MAX EISENBERG and Others, Defendants.— Judgment affirmed. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

C. P. W. NINETY-SECOND STREET CORPORATION, Appellant, v. HENRY M. MORETSKY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

In the Matter of the Application of SUDIERFI REALTY CORPORATION, Appellant, against HENRY L. CONNELL, Temporary Chairman, and Others, Constituting the Board of Standards and Appeals of the City of New York, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, Townley, Glennon and Untermyer, JJ.

BENJAMIN F. DeAGOSTINA, as President of the Allied Motion Picture Operators Union, a Voluntary Unincorporated Association, Appellant, v. ODEON-ROOSEVELT CORPORATION and Others, Respondents.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

In the Matter of the Application of HENRY W. COLLINS, Appellant, Respondent, for an Order of Mandamus against JOHN H. DELANEY and Others, Members of and Constituting the Board of Transportation of the City of New York, and Others, Respondents, Appellants.— Order modified to the extent of granting the order of mandamus directing the petitioner's immediate reinstatement on the basis of his seniority, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.

GEORGE I. CROLL, Respondent, v. EMPIRE BOX CORPORATION and Another, Appellants.— Order so far as appealed from affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Merrell, McAvoy, O'Malley and Untermyer, JJ.